**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY COURTHOUSE**

| | |
|---|---|
| LATOYA WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-CV-2481 JAR/GLR |
| ) | |
| SMITH, HAYNES & WATSON, LLC ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

LATOYA WADE (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against SMITH, HAYNES & WATSON, LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Hamilton, New Jersey.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with headquarters in Mission, Johnson county, Kansas.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt

13. Defendant places multiple (often four (4) or more) collection calls in an single day to Plaintiff.

14. Defendant calls Plaintiff at 848-228-0681.

15. Defendant calls Plaintiff from 866-489-0979.

16. Defendant calls Plaintiff and leaves messages that fail to inform Plaintiff that Defendant is a debt collector. (See Transcribed Voicemails Attached as Exhibit A).

17. Defendant repeatedly makes false legal threats to Plaintiff by informing her that Defendant's clients are "seeking action" against Plaintiff. (See Exhibit A).

18. Defendant repeatedly makes false legal threats to Plaintiff by informing her that Defendant is prepared to engage in "involuntary proceedings." (See Exhibit A).

PLAINTIFF'S COMPLAINT                                                                                         2

19. Defendant repeatedly makes false legal threats to Plaintiff by informing her a "grievance" is attached to her Social Security Number. (See Exhibit A).

20. Defendant repeatedly makes false legal threats to Plaintiff by informing her that the party that "represents" her needs to contact Defendant. (See Exhibit A).

21. Defendant failed to send Plaintiff written notice of her rights to dispute and/or seek validation of the alleged debt within five (5) days of initial communication.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

22. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§169e(5)* of the FDCPA by continuously making false threats of legal action against Plaintiff despite the fact that the Defendant has not, and does not intend to file a lawsuit against the Plaintiff.

    d. Defendant violated *§1692e(10)* of the FDCPA by using false representations and deceptive means in an attempt to collect a debt because Defendant makes false and unintended threats of legal action against Plaintiff in an attempt to collect a debt.

    e. Defendant violated *§1692e(11)* of the FDCPA by failing to inform Plaintiff in each subsequent communication that Defendant is a debt collector.

    f. Defendant violated *§1692g(a)* of the FDCPA by failing to send Plaintiff written

      notice of her rights to dispute and/or seek validation of the alleged debt within five (5) days of initial communication.

23. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, LATOYA WADE, respectfully requests judgment be entered against Defendant, SMITH, HAYNES & WATSON, LLC, for the following:

24. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

25. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

26. Actual damages,

27. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

28. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Kansas City as place for trial.**

      RESPECTFULLY SUBMITTED,

      By: _____/s/ Patrick Cuezze_____
      Patrick Cuezze
      Attorneys for Plaintiff
      Krohn & Moss, Ltd.
      10474 Santa Monica Blvd., Suite 401
      Los Angeles, CA 90025

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, LATOYA WADE, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF NEW JERSEY

Plaintiff, LATOYA WADE, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LATOYA WADE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

9-8-09
Date

LATOYA WADE

# EXHIBIT A

Good afternoon, I have a very important call for Latoya Wade.  Ms. Wade, my name is Mr. Biggerton.  I am with the offices of Smith, Haynes, & Watson.  My client is stating they are seeking action against you regarding several files here in my office that are attached to your social.  _____ get me on the phone regarding file 389340.  We also have 389341 and 389342.  My toll free number is 1-800-351-8820.  My direct extension is 2352.  We would like to get this resolved voluntarily.  However, we are prepared, should you choose not to communicate, expedite these files out of our office for involuntary proceeding, so it is very important you get me on the phone, 1-800-351-8820, extension 2352.  My name is Mr. Biggerton and again I represent Smith, Haynes, & Watson regarding agreements attached to your social.

This message is for Latoya Wade.  Latoya, this is Chris Phillips contacting you with the offices of Smith, Haynes, & Watson.  The reason I am contacting you today is I am in representation of agreements attached to your name and your social security number.  At this point, I would need either yourself or the party that legally represents you to contact me immediately.  I can be reached at 1-800-351-8820, my direct extension is 2402.  Again that phone number is 1-800-351-8820 and my extension is 2402.

# EXHIBIT B

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / NO
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — **YES** / NO
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — **YES** / NO
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: ___

_____

_____

_____

_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9-8-09

_Latorya Wade_
Signed Name

_Latorya Wade_
Printed Name