UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | |
|---|---|
| LATOYA WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:09-cv-02481-JAR-GLR |
| | ) |
| SMITH, HAYNES & WATSON, LLC, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

LATOYA WADE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, SMITH, HAYNES & WATSON, LLC (Defendant), in this case.

DATED:  December 24, 2009          KROHN & MOSS, LTD.

                                   By:_____/s/ Patrick Cuezze_____
                                        [ ] Patrick Cuezze
                                        Attorneys for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd, Suite 401
                                        Los Angeles, CA 90025